WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Michael Edward Luz,<br><br>    Defendant. | CR-07-01410-001-PHX-JAT<br><br><br><br><br><u>ORDER</u> |

A pretrial revocation hearing on the Petition to Revoke Conditions of Release was held on June 20, 2008.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by any conditions or combination of conditions of release.

1    **IT IS ORDERED** that the Defendant shall remain detained pending further order of
2 the court.

3
4    DATED this 24th day of June, 2008.

       _____
       Lawrence O. Anderson
       United States Magistrate Judge