**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Edward Luz,<br><br>　　　　　Defendant. | No. CR-07-01410-001-PHX-JAT<br><br>**ORDER** |

　　　　Pending before the Court is Defendant Michael Edward Luz's Motion for Relief (Doc. 74) from the two writs of garnishments (hereinafter, the "writs") issued to Gila River Indian Community ("GRIC") (Docs. 70, 71).

　　　　On January 13, 2022, the Court issued an Order directing (a) Defendant Luz to file a reply brief explaining the basis for his motion of relief and (b) the Government to file a supplement addressing the status of the writ served on GRIC given GRIC's failure to respond. (Doc. 79). The Government filed a supplement (Doc. 81), but Defendant Luz did not file a timely reply.

　　　　The Government responds that the first writ, issued to GRIC Sand & Gravel, is moot because Defendant Luz lost his job with GRIC Sand & Gravel prior to service of the writ. (Doc. 81 at 2). The Government also responds that the second writ, issued to the GRIC Per Capita Office, is moot because the GRIC Per Capita Office notified the Financial Litigation Unit that Defendant does not receive per capita from its office. (*Id.*)

　　　　Thus, the Court finds no reason to hold a hearing on Defendant Luz's Motion for

Relief from the GRIC writs.

Accordingly,

**IT IS ORDERED** that Defendant Luz's Motion for Relief (Doc. 74) is denied.

Dated this 2nd Day of February, 2022.

James A. Teilborg
Senior United States District Judge